UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CENTER FOR MEDICAL PROGRESS and
DAVID DALEIDEN,

                      Plaintiff,

-against-                                      20 **CIVIL** 7670 (CM)

                                                        **JUDGMENT**

PLANNED PARENTHOOD FEDERATION OF
AMERICA,

                      Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated July 27, 2021, Defendant's motion to dismiss is granted with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

           July 27, 2021

                                                                 **RUBY J. KRAJICK**

                                                                     Clerk of Court

                                      **BY:**

                                                                      **Deputy Clerk**